# EXHIBIT A



# Service of Process Transmittal
03/02/2022
CT Log Number 541142065

| | |
|---|---|
| **TO:** | Kristina Ciaffi<br>OTIS ELEVATOR COMPANY<br>ONE CARRIER PLACE<br>FARMINGTON, CT 06032-2572 |
| **RE:** | **Process Served in Delaware** |
| **FOR:** | Otis Elevator Company  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JENNIFER L. BROWN, and HARDY T. BROWN, wife and husband, // To: Otis Elevator Company |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # N22C02172MAA |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/02/2022 at 09:29 |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Donyale Stewart  donyale.stewart@otis.com<br><br>Email Notification,  Kristina Ciaffi  kristina.ciaffi@otis.com<br><br>Email Notification,  Brenda Morton  brenda.morton@otis.com<br><br>Email Notification,  Maria Osusa  maria.osusa@otis.com |
| **REGISTERED AGENT ADDRESS:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Case 1:22-cv-00398-CFC   Document 1-1   Filed 03/29/22   Page 3 of 12 PageID #: 9



# PROCESS SERVER DELIVERY DETAILS

**Date:**  Wed, Mar 2, 2022

**Server Name:**  Wilmington Drop Serve

| Entity Served | OTIS ELEVATOR COMPANY |
|---|---|
| Case Number | N22C-02-172 MAA |
| Jurisdiction | DE |



EFiled: Feb 22 2022 10:32AM EST
Transaction ID 67333302
Case No. N22C-02-172 MAA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JENNIFER L. BROWN, and<br>HARDY T. BROWN, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br>A Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. N22C<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## SUMMONS

**THE STATE OF DELAWARE**
**TO THE SHERIFF OF NEW CASTLE COUNTY**
**YOU ARE COMMANDED:**

To summon the above-named Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the date of service, Defendant shall serve upon Gary S. Nitsche, P.A., Plaintiffs' attorney, whose address is 305 N. Union Street, Second Floor, Wilmington, Delaware 19805 an Answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon Defendant a copy hereof and of the Complaint (and of the affidavit of demand if any has been filed by Plaintiffs).

Date: 2-28-22

*Lisa G. Fontello*
Prothonotary
_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiffs' attorney named above an Answer to the Complaint (and, if an affidavit of demand has been field, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the affidavit of demand, if any).

*Lisa G. Fontello*
Prothonotary
_____
Per Deputy

EFiled: Feb 22 2022 10:32AM EST
Transaction ID 67333302
Case No. N22C-02-172 MAA

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:   (New Castle)   Kent   Sussex       CIVIL ACTION NUMBER: N22C-_____

| CAPTION: | |
|---|---|
| JENNIFER L. BROWN, and HARDY T. BROWN, wife and husband,<br><br>          Plaintiffs,<br><br>     v.<br><br>OTIS ELEVATOR COMPANY, a Delaware corporation,<br>          Defendant. | Civil Case Code:   CPIN<br><br>Civil Case Type:   Personal Injury<br><br>Mandatory Non-Binding Arbitration (MNA) _____<br><br>Name and Status of Party Filing Document:<br><br>Jennifer L. Brown, and Hardy T. Brown, wife and husband, Plaintiffs<br>Document Type: (e.g. Complaint, Answer with counterclaim)<br><br>Complaint<br><br>         JURY DEMAND __X__ Yes ____ No. |
| ATTORNEY NAME(S):<br>GARY S. NITSCHE, P.A.<br>RACHEL D. ALLEN, ESQ.<br><br>ATTORNEY ID(S):<br>2617 and 5561<br><br>FIRM NAME:<br>NITSCHE & FREDRICKS, LLC<br><br>ADDRESS:<br>305 N. Union Street, Second Floor<br>P. O. Box 2324<br>Wilmington, DE 19899<br><br>TELEPHONE NUMBER:<br>(302) 655-4040<br><br>FAX NUMBER:<br>(302) 654-4892<br><br>E-MAIL ADDRESS:<br>gnitsche@attys4u.com<br>rallen@attys4u.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITALS<br><br>_____<br>_____<br>_____<br><br>EXPLAIN THE RELATIONSHIP(S): _____<br>_____<br>_____<br>_____<br>_____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: _____<br>_____<br>_____ |

EFiled: Feb 22 2022 10:32AM EST
Transaction ID 67333302
Case No. N22C-02-172 MAA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JENNIFER L. BROWN, and<br>HARDY T. BROWN, wife and husband,<br><br>    Plaintiffs,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br>A Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. N22C<br>)<br>)    JURY TRIAL DEMANDED<br>)<br>)<br>) |

## COMPLAINT

1. The Plaintiffs, Jennifer L. Brown, and Hardy T. Brown, wife and husband, are residents of the State of Delaware and reside at 128 Aukland Drive, Newark, Delaware 19702.

2. The Defendant, Otis Elevator Company, is a Delaware corporation and service can be made by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

3. On or about June 22, 2020, the Plaintiff Jennifer L. Brown was in the course of her employment at Christiana Hospital and was working as a phlebotomy technician. Plaintiff entered elevator #41 at the women's health building located at 4755 Ogletown Stanton Road, Newark, Delaware 19718.

4. At or about the same time and place as Plaintiff Jennifer L. Brown was on said elevator, suddenly and without warning, the elevator dropped and stopped suddenly in-between floors, as a result of the negligence of the Defendant, thereby causing Plaintiff to be stuck in said elevator and to be thrown about the elevator with force and violence, causing Plaintiff to sustain personal injuries.

5. The Defendant was negligent in that it:

    (a) Failed to properly and reasonably warn the Plaintiff:

1

  (b) Failed to properly and reasonably inspect the elevator;

  (c) Failed to allow Plaintiff proper egress and ingress on its property;

  (d) Failed to comply with the New Castle County property maintenance code;

  (e) Failed to comply with the National Elevator Code;

  (f) Failed to otherwise make its premises safe and secure for persons similarly situated to the Plaintiff.

6. Each of the aforesaid acts of the negligence of the Defendant constitutes a proximate cause of the collision, and injuries and damages resulting to the Plaintiff.

7. As a proximate results of the aforesaid negligence of the Defendant, the Plaintiff has suffered the following injuries and damages:

  (a) Personal injuries all of which may be permanent by Plaintiff, Jennifer L. Brown;

  (b) Pain and suffering by Plaintiff, Jennifer L. Brown;

  (c) Medical expenses not covered by 21 *Del. C.* §2118, plus future expenses.

  (d) Loss of consortium, society, aid and comfort of her husband, Plaintiff, Hardy T. Brown, by his wife, Plaintiff, Jennifer L. Brown.

WHEREFORE, Plaintiffs demand judgment against the Defendant for personal injuries, pain and suffering, past and future medical expenses, loss of consortium, interest pursuant to 6 *Del. C.* §2301(d), and court costs.

            NITSCHE & FREDRICKS, LLC

            */s/ Gary S. Nitsche*
            GARY S. NITSCHE, P.A. (#2617)
            RACHEL D. ALLEN, ESQ. (#5561)
            305 N. Union Street, Second Floor
            P.O. Box 2324
            Wilmington, DE 19899
            (302) 655-4040
            Attorneys for Plaintiffs

EFiled: Feb 22 2022 10:32AM EST
Transaction ID 67333302
Case No. N22C-02-172 MAA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JENNIFER L. BROWN, and<br>HARDY T. BROWN, wife and husband,<br><br>      Plaintiffs,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br>A Delaware corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. N22C<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>) |

### PLAINTIFF'S ANSWERS TO FORM 30 INTERROGATORIES

1. Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident, which is the subject of the litigation.

    A.   (a)   Jennifer L. Brown
                      128 Aukland Drive
                      Newark, DE  19702

        (b)   Unidentified Personnel
                      Otis Elevator Company
                      11760 US Highway 1
                      Suite W600
                      Palm Beach Gardens, FL  33408

2. Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

    A.   In addition to those persons listed in Answer No. 1 above:

        (a)   Hardy T. Brown
                      128 Aukland Drive
                      Newark, DE  19702.

        (b)   Premier Physicians, P.A.
                      314 E. Main Street, Suite 103
                      Newark, DE  19711
                      (302) 366-0550

    (c)    Kevin McDermott, D.C.
First State Physicians
12 Fox Run Shopping Center
Bear, DE 19701
(302) 836-6150

    (d)    Christiana Hospital
501 West 14th Street
Wilmington, DE 19801
(866) 390-7404

    (e)    Allied Behavioral Health
1400 People's Plaza, Suite 204
Newark, DE 19702
(302) 832-1282

    (f)    Dr. James Zaslavsky, D.O.
First State Orthopaedics
4745 Ogletown-Stanton Rd
Map 1, Suite 225
Newark, DE 19713
(302) 731-2888

    (g)    Express Care
1505 Churchville Road
Bel Air, MD 21014
(410) 420-6970

    (h)    AdvanceXing Pain & Rehabilitation
The Metroform Medical Building
620 Stanton-Christiana Rd., Suite 2
Newark, DE 19713
(302) 384-7439

    (i)    First State Surgery Center
1000 Twin Lane C, Suite 200
Newark, DE 19713
(302) 683-0700

    (j)    Mid-Atlantic Concussion Alliance
5936 Limestone Rd., Suite 301B
Hockessin, DE 19707
(302) 235-8808

3.    Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and

employment addresses and telephone numbers of the person who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

    A.     None at this time.

    4.     Identify all photographs, diagrams or other representations made in connection with the matter in litigation, giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof.

    A.     None at this time.

    5.     Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, described by type the experts whom the party expects to retain in connection with the litigation.

    A.     No experts retained at present but Plaintiffs expect to retain medical experts.

    6.     Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

        (a)     The name and address of all companies insuring the risk;

        (b)     The policy number(s);

        (c)     The type of insurance;

        (d)     The amounts of primary, secondary and excess coverage.

        (a)     Unknown;

        (b)     Claim No.: Unknown;

        (c)     Liability;

        (d)     Unknown.

7. Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapist that have examined or treated you at any time during the ten-year period immediately prior to the date of the incident at issue in this litigation.

      A.     (a)    Premier Physicians, P.A.
                            314 E. Main Street, Suite 103
                            Newark, DE 19711

NITSCHE & FREDRICKS, LLC

*/s/ Gary S. Nitsche*
GARY S. NITSCHE, P.A. (#2617)
RACHEL D. ALLEN, ESQ. (#5561)
305 N. Union Street, Second Floor
P.O. Box 2324
Wilmington, DE 19899
(302) 655-4040
Attorneys for Plaintiffs

EFiled: Feb 22 2022 10:32AM EST
Transaction ID 67333302
Case No. N22C-02-172 MAA

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JENNIFER L. BROWN, and <br> HARDY T. BROWN, wife and husband, <br><br> Plaintiffs, <br><br> v. <br><br> OTIS ELEVATOR COMPANY, <br> A Delaware corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. N22C <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

### FILING IN COMPLIANCE WITH SUPERIOR COURT RULE 3(h)

In compliance with Superior Court Civil Rule 3(h), Plaintiffs attach the following documentation:

    (i)    Answers to Form 30 Interrogatories;

    (ii)    Due to the volume of documentary evidence gathered in this case, it is impractical to attach photocopies of all documents to the complaint. Copies of all documents discoverable under this rule will be forwarded to the attorney for the Defendant once an appearance is made by Defendant's counsel and a written request for these documents is made.

    NITSCHE & FREDRICKS, LLC

    */s/ Gary S. Nitsche*
    GARY S. NITSCHE, P.A. (#2617)
    RACHEL D. ALLEN, ESQ. (#5561)
    305 N. Union Street, Second Floor
    P.O. Box 2324
    Wilmington, DE 19899
    (302) 655-4040
    Attorneys for Plaintiffs